**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 23-21550-CV-MIDDLEBROOKS/Sanchez
(CASE NO. 15-20723-CR-MIDDLEBROOKS)

JUNIEL BARRIOS RIOS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.
_______________________________________/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Eduardo Sanchez's Report, issued on August 4, 2026. (DE 28). The Report recommends denying Petitioner Juniel Barrios Rios's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255. (*Id.*). Petitioner has filed Objections to the Report. (DE 33).

I have conducted a *de novo* review of the Report, objections, and the record as a whole. Upon review, I agree with Magistrate Judge Sanchez's conclusion that Mr. Rios's habeas petition should be denied. Further, I agree with the Report's finding that no certificate of appealability should issue.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Petitioner's Objections to the Magistrate's Report (DE 33) are **OVERRULED**.

(2) Magistrate Judge Sanchez's Report (DE 28) is hereby **ADOPTED**.

(3) Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 (DE 1) is **DENIED.**

(4) A Certificate of Appealability is **DENIED**.

(5) Final judgment will be entered by separate Order.

**SIGNED** in Chambers in West Palm Beach, Florida, this 11th day of September, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to: Magistrate Judge Eduardo Sanchez;
Counsel of Record;